FILED 16 APR '24 16:21 USDC-ORP

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:24-cr-00168-IM |
| v. | INDICTMENT |
| LEE OTIS BOX JR., | 18 U.S.C. § 922(a)(6) |
| | 18 U.S.C. § 924(a)(1)(A) |
| Defendant. | |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Statement During Purchase of a Firearm)
### (18 U.S.C. § 922(a)(6))

On or about May 11, 2018 until October 3, 2023, in the District of Oregon, defendant **LEE OTIS BOX JR.,** in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to a licensed dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the firearm to defendant under chapter 44 of Title 18 in that the defendant represented that he was not acquiring the firearm on behalf of another person(s);

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### (False Statement During Purchase of a Firearm)
### (18 U.S.C. § 924(a)(1)(A))

On or about October 31, 2020 until September 6, 2021, in the District of Oregon, defendant **LEE OTIS BOX JR.**, knowingly made a false statement and representation to Keith's Sporting Goods, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the licensed dealer in that defendant represented that he was not acquiring the firearm on behalf of another person;

In violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated: April 16, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

NICOLE M. BOCKELMAN, OSB #105934
Assistant United States Attorney