**PORTLAND MAIN OFFICE**
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1000
*www.usdoj.gov/usao/or*

**Nicole M. Bockelman**
Assistant U.S. Attorney
Nicole.bockelman@usdoj.gov
(503) 727-1000
*Reply to Portland Office*



**U.S. DEPARTMENT OF JUSTICE**
United States Attorney's Office
District of Oregon
Scott E. Bradford
United States Attorney

**EUGENE BRANCH**
405 E 8th Avenue, Suite 2400
Eugene, Oregon 97401
(541) 465-6771

**MEDFORD BRANCH**
310 West Sixth Street
Medford, Oregon 97501
(541) 776-3564

April 21, 2026

Benjamin Anderson
1000 SW Broadway #1740
Portland, OR 97205

Re:    *United States v. Lee Otis Box Jr.*, Case No. 3:24-cr-00168-IM
       Plea Agreement Letter

Dear Counsel:

1.    **Parties/Scope**: This plea agreement is between this United States Attorney's Office (USAO) and defendant, and thus does not bind any other federal, state, or local prosecuting, administrative, or regulatory authority. This agreement does not apply to any charges other than those specifically mentioned herein.

2.    **Charges**: Defendant agrees to plead guilty to Count 1 of the Indictment, which charges him with False Statement During the Purchase of a Firearm in violation of Title 18, United States Code, Section 922(a)(6).

3.    **Penalties**: The maximum sentence is ten years' imprisonment, a fine of $250,000, three years of supervised release, and a $100 fee assessment. Defendant agrees to pay the fee assessment by the time of entry of guilty plea or explain to the Court why this cannot be done. Defendant further stipulates to the abandonment of the assets as set forth below.

Defendant understands that if defendant is not a citizen of the United States, defendant's guilty plea and conviction make it practically inevitable and a virtual certainty that defendant will be removed or deported from the United States.

4.    **Dismissal/No Prosecution**: The USAO agrees not to bring additional charges against defendant in the District of Oregon arising out of this investigation or an investigation known to the USAO at the time of this agreement.

Case 3:24-cr-00168-IM    Document 39    Filed 04/21/26    Page 2 of 5

Benjamin Anderson
Re: Lee Box Jr. Plea Agreement Letter
Page 2

5.    **Elements and Factual Basis**:   In order for defendant to be found guilty of Count One of the Indictment, the government must prove the following elements beyond a reasonable doubt:

First, Keith's Sporting Goods was a licensed firearms dealer;

Second, in connection with acquiring firearms including a Ruger pistol and a Glock semiautomatic pistol from Keith's Sporting Goods, the defendant made a false statement;

Third, the defendant knew the statement was false, and;

Fourth, the false statement was material, that is, the false statement had a tendency to influence Keith's Sporting Goods to believe that the Ruger pistol and Glock semiautomatic firearm were for defendant and that defendant was not purchasing the firearms on behalf of another person;

Defendant has fully discussed the facts of this case and any potential defense with defense counsel. Defendant has committed each of the elements of the crimes to which defendant is pleading guilty and admits there is a factual basis for defendant's guilty plea. The following facts are true and undisputed:

From May 11, 2018, until October 3, 2023, defendant purchased at least 34 firearms in Oregon.  On October 20, 2023, special agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) executed a search warrant of defendant's residence and found several receipts of gun purchases and empty gun boxes.  Two of the gun boxes were associated with firearms that were recovered by law enforcement on previous investigations from other individuals associated with criminal offenses.  One box was for a Glock semi-automatic firearm purchased by defendant.  Special Agents with ATF downloaded defendant's cellphone and found multiple communications between defendant and other individuals discussing the sale of firearms.  In one communication, an individual asked defendant to purchase a "Glock and Ruger" on October 31, 2020. The same day, defendant purchased a Glock semi-automatic firearm and a Ruger pistol from Keith's Sporting Goods and indicated on Form 4473 that he was not acquiring the firearms on behalf of another person.  On October 20, 2023, special agents with ATF interviewed defendant.  Post *Miranda,* defendant admitted that he provided a firearm to the individual that texted him on October 31, 2020, requesting that defendant purchase a gun, and defendant said that he gave it to the individual for protection.  Defendant admitted, "I have sold a gun because I needed the money".

Benjamin Anderson
Re: Lee Box Jr. Plea Agreement Letter
Page 3

6.    **Sentencing Factors**:  The parties agree that the Court must first determine the applicable advisory guideline range, then determine a reasonable sentence considering that range and the factors listed in 18 U.S.C. § 3553(a).  Where the parties agree that sentencing factors apply, such agreement constitutes sufficient proof to satisfy the applicable evidentiary standard.

7.    **Relevant Conduct**:  The parties agree that defendant's relevant conduct pursuant to USSG § 2K2.1(a)(6)(A) is a Base Offense Level of 14, prior to adjustments.

8.    **Acceptance of Responsibility**:  Defendant must demonstrate to the Court that defendant fully admits and accepts responsibility under USSG § 3E1.1 for defendant's unlawful conduct in this case.  If defendant does so, the USAO will recommend a three-level reduction in defendant's offense level.  The USAO reserves the right to change this recommendation if defendant, between plea and sentencing, commits any criminal offense, obstructs or attempts to obstruct justice as explained in USSG § 3C1.1, or acts inconsistently with acceptance of responsibility as explained in USSG § 3E1.1.

9.    **Sentencing Recommendation**:  The parties will jointly recommend 8 months of custody with 4 months of home confinement and 4 months of jail with 3 years of supervised release and a $100 fee assessment.

10.    **Waiver of Appeal/Post-Conviction Relief**:  Defendant knowingly and voluntarily waives the right to appeal from any aspect of the conviction and sentence on any grounds, except for a claim that: (1) the sentence imposed exceeds the statutory maximum, or (2) the Court arrives at an advisory sentencing guideline range by applying an upward departure under the provisions of Guidelines Chapters 4 or 5K, or (3) the Court exercises its discretion under 18 U.S.C. § 3553(a) to impose a sentence which exceeds the advisory guideline sentencing range as determined by the Court.  Should defendant seek an appeal, despite this waiver, the USAO may take any position on any issue on appeal.  Defendant also waives the right to file any collateral attack, including a motion under 28 U.S.C. § 2255, challenging any aspect of the conviction or sentence on any grounds, except on grounds of ineffective assistance of counsel, and except as provided in Fed. R. Crim. P. 33 and 18 U.S.C. § 3582(c)(2).  In the event that defendant's conviction under this agreement are vacated, the government may reinstate and/or file any other charges, and may take any position at a resentencing hearing, notwithstanding any other provision in this agreement.

11.    **Court Not Bound**:  The Court is not bound by the recommendations of the parties or of the presentence report (PSR) writer.  Because this agreement is made under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, defendant may not withdraw any guilty plea or rescind

Benjamin Anderson
Re: Lee Box Jr. Plea Agreement Letter
Page 4

this plea agreement if the Court does not follow the agreements or recommendations of the parties.

12.    **Full Disclosure/Reservation of Rights**:  The USAO will fully inform the PSR writer, and the Court of the facts and law related to defendant's case.  Except as set forth in this agreement, the parties reserve all other rights to make sentencing recommendations and to respond to motions and arguments by the opposition.

13.    **Breach of Plea Agreement**:  If defendant breaches the terms of this agreement or commits any new criminal offenses between signing this agreement and sentencing, the USAO is relieved of its obligations under this agreement, but defendant may not withdraw any guilty plea.

If defendant believes that the government has breached the plea agreement, defendant must raise any such claim before the district court, either prior to or at sentencing.  If defendant fails to raise a breach claim in district court, defendant has waived any such claim and is precluded from raising a breach claim for the first time on appeal.

14.    **Memorialization of Agreement**:  No promises, agreements, or conditions other than those set forth in this agreement will be effective unless memorialized in writing and signed by all parties listed below or confirmed on the record before the Court.  If defendant accepts this offer, please sign and attach the original of this letter to the Petition to Enter Plea.

15.    **Deadline**:  This plea offer expires if not accepted by April 21, 2026, at 5:00 p.m.

Sincerely,

SCOTT E. BRADFORD
United States Attorney


*/s/ Nicole Bockelman*
NICOLE BOCKELMAN
Assistant United States Attorney

Benjamin Anderson
Re: Lee Box Jr. Plea Agreement Letter
Page 5

I have carefully reviewed every part of this agreement with my attorney.  I understand and voluntarily agree to its terms.  I expressly waive my rights to appeal as outlined in this agreement. I wish to plead guilty because, in fact, I am guilty.

4/21/26
Date

_____
Lee Otis Box Jr., Defendant

I represent the defendant as legal counsel.  I have carefully reviewed every part of this agreement with defendant.  To my knowledge, defendant's decisions to make this agreement and to plead guilty are informed and voluntary ones.

4/21/2026
Date

_____
Erik Eklund, Attorney for Defendant